IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KEITH A. HICKS, | § | |
| | § | No. 176, 2017 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 1012011972 (K) |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: April 25, 2017
Decided: June 15, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **SEITZ**, Justices.

## **O R D E R**

This 15th day of June 2017, the Court has considered this matter on the basis of the opening brief and the State's motion to affirm and has determined that the Superior Court's judgment summarily dismissing the appellant's untimely motion for postconviction relief should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned Order dated March 30, 2017.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice